UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> *Plaintiff* <br><br> **v.** <br><br> **JONATHAN JESUS ANGULO-CHORA,** <br> *Defendant* | § <br> § <br> § <br> §      Case No. 1:21-CR-157-RP <br> § <br> § |

**O R D E R**

Now before the Court is Defendant Jonathan Jesus Angulo-Cohra's Motion to Withdraw Due to Conflict, filed January 26, 2023 (Dkt. 54). On January 26, 2023, the District Court referred the Motion to the undersigned Magistrate Judge for resolution, pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 55. The Court held a hearing on the motion on February 3, 2023.

Final judgment was entered in this case on January 12, 2023, and Defendant has filed a notice of appeal to the United States Court of Appeals for the Fifth Circuit. Dkts. 51, 53.

Defense counsel William J. Browning now asks that he be permitted to withdraw. Having considered Defendant's Motion to Withdraw, the undersigned Magistrate Judge finds that there is good cause to grant the Motion and permit counsel to withdraw, and that Defendant has received notice. **IT IS THEREFORE ORDERED** that Defendant's Motion to Withdraw Due to Conflict (Dkt. 54) is **GRANTED** and William J. Browning is hereby **WITHDRAWN** as Defendant's counsel of record.

At the hearing, Defendant also asked the Court to permit him to proceed *in forma pauperis* and to appoint appellate counsel. Defendant is detained and has been sentenced to a term of imprisonment. Consistent with the financial information Defendant submitted following his arrest

(Dkt. 12) and current financial information he provided at the hearing, the Court finds that Defendant is financially unable to employ appellate counsel, and that the interests of justice require that counsel be appointed to represent him on appeal.

Accordingly, **IT IS FURTHER ORDERED** that **BRISTOL MYERS #24009734** is hereby **APPOINTED** to represent Defendant on appeal.

**SIGNED** on February 3, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE